IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZAYZHON THOMPSON**                                                                                          **PETITIONER**

**4:23-CV-01216 BRW/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**                                                      **RESPONDENT**

**ORDER**

I have received proposed Findings and Recommendations from United States Magistrate Judge Patricia S. Harris. (Doc. No 14). After careful review of those Findings and Recommendations, the timely objections received (Doc. No. 15), and a *de novo* review of the record, I approve and adopt the Findings and Recommendations in all respects. Accordingly, this case is DISMISSED, without prejudice and the motion for a hearing (Doc. No. 15) is denied. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 13th day of March, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE