IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ZAYZHON THOMPSON**　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**

**4:23-CV-01216 BRW/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**　　　　　　　　　　　　　　　**RESPONDENT**

**JUDGMENT**

Consistent with today's order, the petition for writ of habeas corpus is dismissed, without prejudice. The certificate of appealability is denied.

IT IS SO ORDERED this 13th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE